*Nancy E. Glowa*
*City Solicitor*

FILED
IN CLERKS OFFICE

*Arthur J. Goldberg*
*Deputy City Solicitor*

2018 MAR 16 PM 4: 03

*Vali Buland*
*First Assistant City Solicitor*

U.S. DISTRICT COURT
DISTRICT OF MASS.

*Assistant City Solicitors*
*Paul S. Kawai*
*Samuel A. Aylesworth*
*Keplin K. U. Allwaters*
*Sean M. McKendry*
*Megan B. Bayer*
*Brian A. Schwartz*

*Public Records Access Officer*
*Jennifer Simpson*

## CITY OF CAMBRIDGE

Office of the City Solicitor
795 Massachusetts Avenue
Cambridge, Massachusetts  02139

March 16, 2018

**BY IN HAND SERVICE**
Docket Clerk
John Joseph Moakley U.S. Courthouse
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re:     Jason Freedman v. Asif Ali, Edward Burke, Nicholas Mochi and Lester
        Sullivan, United States District Court, District of Massachusetts, C.A. 1:16-
        cv-11151-GAO

Dear Sir or Madam:

Enclosed for docketing and filing pertaining to the above referenced matter:

1. USB drive Containing Two Video Recordings Referenced in the Defendants'
   Notice of Manual Filing in Connection with their Motion for Summary Judgment
   (Docket No. 49).

Thank you for your attention to this matter.

Very truly yours,

Sean M. McKendry

Enclosure
**Cc:**
**BY COURIER**
Jeffrey Wiesner
Shapiro, Weissberg & Garin, LLP
90 Canal Street
Boston, Massachusetts 02114